**No. 2022-2153**

In the United States Court of Appeals
For the Federal Circuit

SALIX PHARMACEUTICALS, LTD., SALIX PHARMACEUTICALS, INC., BAUSCH HEALTH IRELAND LTD., ALFASIGMA S.P.A.,
*Plaintiffs - Appellants*

v.

NORWICH PHARMACEUTICALS INC.,
*Defendant - Appellee*

Appeal from the United States District Court for the District of Delaware
No. 20-cv-430, Hon. Richard G. Andrews

# NOTICE OF POSTJUDGMENT MOTION

VENABLE LLP
Scott K. Reed
Steven C. Kline
Shannon K. Clark
Alexis M. McJoynt
1290 Avenue of the Americas, 20th Floor
New York, NY 10104
(212) 218-2100

VENABLE LLP
Joshua Daniel Calabro
Becky E. Steephenson
1270 Avenue of the Americas, 24th Floor
New York, NY 10020
(212) 307-5500

MORGAN, LEWIS & BOCKIUS LLP
William R. Peterson
1000 Louisiana St., Ste. 4000
Houston, TX 77002
(713) 890-5188

MORGAN, LEWIS & BOCKIUS LLP
Michael J. Abernathy
Karon N. Fowler
Michael T. Sikora
110 North Wacker Drive
Chicago, IL 60606
(312) 324-1000

MORGAN, LEWIS & BOCKIUS LLP
Julie S. Goldemberg
1701 Market Street
Philadelphia, PA 19103
(215) 963-5095

***Counsel for Appellants***

## CERTIFICATE OF INTEREST

| | |
|---|---|
| **Case Numbers** | 2022-2153 |
| **Short Case Caption** | *Salix Pharmaceuticals, Ltd. v. Norwich Pharmaceuticals Inc.* |
| **Filing Party/Entity** | Appellants Salix Pharmaceuticals, Ltd., Salix Pharmaceuticals, Inc., Bausch Health Ireland Ltd., Alfasigma S.p.A. |

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

*/s/ William R. Peterson*
William R. Peterson
*Counsel for Appellants,*
*Baxalta Inc. and Baxalta GmbH*

Dated: October 4, 2022

| **1. Represented Entities.** Fed. Cir. R. 47.4(a)(1). | **2. Real Party in Interest.** Fed. Cir. R. 47.4(a)(2). | **3. Parent Corporations and Stockholders.** Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.<br>☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.<br>☐ None/Not Applicable |
| Salix Pharmaceuticals, Ltd. | Not Applicable | Bausch Health Companies Inc. |
| Salix Pharmaceuticals, Inc. | Not Applicable | Bausch Health Companies Inc. |

| | | |
|---|---|---|
| Bausch Health Ireland Ltd. | Not Applicable | Bausch Health Companies Inc. |
| Alfasigma S.p.A. | Not Applicable | Marino Golinelli & C. S.A.P.A. |

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

| | | |
|---|---|---|
| Karen Jacobs<br>Morris Nichols Arsht & Tunnell LLP | Damien N. Dombrowski<br>Venable LLP | Daniel A. Apgar<br>Venable LLP |
| Jack B. Blumenfeld<br>Morris Nichols Arsht & Tunnell LLP | Kelly A. Plummer<br>Morgan, Lewis & Bockius LLP | Eric T. Harmon<br>Venable LLP |
| Cameron P. Clark<br>Morris Nichols Arsht & Tunnell LLP | | |

**5. Related Cases.** Provide the case titles and numbers of any case known to be pending in this court or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal. Do not include the originating case number(s) for this case. Fed. Cir. R. 47.4(a)(5). See also Fed. Cir. R. 47.5(b).

☑ None/Not Applicable

**6. Organizational Victims and Bankruptcy Cases.** Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑ None/Not Applicable

Appellants Salix Pharmaceuticals, Ltd., Salix Pharmaceuticals, Inc., Bausch Health Ireland Ltd., and Alfasigma S.p.A. (collectively, "Salix") respectfully submit this Notice of Postjudgment Motion.

On August 10, 2022, the district court entered the final judgment. *Salix Pharms., Ltd. v. Norwich Pharms., Inc.*, No. 1:20-cv-00430, D.I. 193 (D. Del. Aug. 10, 2022). Six days later, on August 16, 2022, Salix filed its notice of appeal, *id.* at D.I. 198, and the appeal was docketed on August 17, 2022, *Salix Pharms., Ltd. v. Norwich Pharms. Inc.*, No. 2022-2153. Twenty-eight days after the final judgment was entered, on September 7, Norwich filed a motion to amend the judgment under Federal Rule of Civil Procedure 60(b). *Salix Pharms., Ltd. v. Norwich Pharms., Inc.*, No. 1:20-cv-00430, D.I. 205 (D. Del. Sept. 7, 2022).

On September 14, Salix asked Norwich whether it would oppose a motion to abate the appeal because of the post-judgment motion. On September 22, Norwich responded and confirmed to Salix that it did not oppose the motion. The following day, September 23, Salix filed a combined Notice of Postjudgment Motion and Unopposed Motion to Abate Appeal.

On September 27, this Court reclassified the filing event from "notice of postjudgment motion" to "motion." That motion remains pending.

Salix respectfully requests that "the clerk of court . . . deactivate [the] appeal" because "a motion listed in Federal Rule of Appellate Procedure 4(a)(4) remains pending." Fed. Cir. Rules, Practice Notes to Rule 4.

Dated: October 4, 2022

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

By: */s/ William R. Peterson*

MORGAN, LEWIS & BOCKIUS LLP
William R. Peterson
1000 Louisiana St., Ste. 4000
Houston, TX 77002
(713) 890-5188

MORGAN, LEWIS & BOCKIUS LLP
Michael J. Abernathy
Karon N. Fowler
Michael T. Sikora
110 North Wacker Drive
Chicago, IL 60606
(312) 324-1000

MORGAN, LEWIS & BOCKIUS LLP
Julie S. Goldemberg
1701 Market Street
Philadelphia, PA 19103
(215) 963-5095

VENABLE LLP
Scott K. Reed
Steven C. Kline
Shannon K. Clark
Alexis M. McJoynt
1290 Avenue of the Americas, 20th Floor
New York, NY 10104
(212) 218-2100

VENABLE LLP
Joshua Daniel Calabro
Becky E. Steephenson
1270 Avenue of the Americas, 24th Floor
New York, NY 10020
(212) 307-5500

***Counsel for Appellants Salix Pharmaceuticals, Ltd., Salix Pharmaceuticals, Inc., Bausch Health Ireland Ltd., Alfasigma S.p.A.***

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 27(d) and 32(g), the undersigned hereby certifies that this notice complies with the type-volume limitation of Circuit Rule 27(d).

1. Exclusive of the accompanying documents as authorized by Fed. R. App. P. 27(a)(2)(B) and the exempted portions of the motion as provided by Fed. R. App. P. 27(d)(2) and 32(f), the motion contains 238 words.

2. The notice has been prepared in proportionally spaced typeface using Microsoft Word for Microsoft 365 MSO in 14-point Times New Roman font as provided by Fed. R. App. P. 32(a)(5)-(6). As permitted by Fed. R. App. P. 32(g), the undersigned has relied upon the word count feature of this word processing system in preparing this certificate.

*/s/ William R. Peterson*
William R. Peterson
*Counsel for Appellants*
*Salix Pharmaceuticals, Ltd., Salix Pharmaceuticals, Inc., Bausch Health Ireland Ltd., Alfasigma S.p.A.*

Dated: October 4, 2022