NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SALIX PHARMACEUTICALS, LTD., SALIX PHARMACEUTICALS, INC., BAUSCH HEALTH IRELAND LTD., ALFASIGMA S.P.A.,**
*Plaintiffs-Appellants*

**v.**

**NORWICH PHARMACEUTICALS INC.,**
*Defendant-Appellee*

---

2022-2153

---

Appeal from the United States District Court for the District of Delaware in No. 1:20-cv-00430-RGA, Judge Richard G. Andrews.

---

**ON MOTION**

---

**O R D E R**

Salix Pharmaceuticals, Ltd. et al. (collectively, "Salix") move unopposed to "abate" this appeal pending the district court's resolution of Norwich Pharmaceuticals Inc.'s pending motion under Rule 60(b) of the Federal Rules of Civil Procedure. Salix separately moves unopposed for an extension of time to file its opening brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions, ECF Nos. 12 and 14, are granted to the extent that the appeal is deactivated. Within 30 days of the district court's disposition of the Rule 60(b) motion, the parties are directed to inform the court how they believe this appeal should proceed.

FOR THE COURT

October 14, 2022
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court