UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

PETER R. MARKSTEINER
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

October 14, 2022

Transmitted Via E-Mail

Clerk of Court
United States District Court for the District of Delaware

**Re: United States District Court for the District of Delaware, 1:20-cv-00430-RGA**
**Salix Pharmaceuticals, Ltd. v. Norwich Pharmaceuticals Inc., 2022-2153**

Dear Clerk:

It appears that a motion subject to Fed. R. App. P. 4(a)(4) has been filed in your court. The appeal has been stayed pending action on the motion by your court. Please transmit a certified copy of the docket sheet upon final disposition of the motion.

Thank you for your cooperation.

Sincerely,

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

By: K. Heidrick, Deputy Clerk