NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**SALIX PHARMACEUTICALS, LTD., SALIX PHARMACEUTICALS, INC., BAUSCH HEALTH IRELAND LTD., ALFASIGMA S.P.A.,**

*Plaintiffs-Appellants*

v.

**NORWICH PHARMACEUTICALS INC.,**

*Defendant-Appellee*

———————————

2022-2153

———————————

Appeal from the United States District Court for the District of Delaware in No. 1:20-cv-00430-RGA, Judge Richard G. Andrews.

———————————

# O R D E R

The order disposing of the last motion subject to Fed. R. App. P. 4(a)(4) having been filed in the United States District Court for the District of Delaware, Wilmington, it is hereby,

ORDERED that the appeal be, and the same hereby is, REACTIVATED effective May 24, 2023.

2                       SALIX PHARMACEUTICALS, LTD. v. NORWICH
                                         PHARMACEUTICALS INC.


Appellant's opening brief is due on or before July 24, 2023.



                                        FOR THE COURT

<u>May 24, 2023</u>                     <u>/s/ Peter R. Marksteiner</u>
          Date                          Peter R. Marksteiner
                                        Clerk of Court