NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SALIX PHARMACEUTICALS, LTD., SALIX PHARMACEUTICALS, INC., BAUSCH HEALTH IRELAND LTD., ALFASIGMA S.P.A.,**
*Plaintiffs-Appellants*

v.

**NORWICH PHARMACEUTICALS INC.,**
*Defendant-Cross-Appellant*

---

2022-2153, 2023-1952

---

Appeals from the United States District Court for the District of Delaware in No. 1:20-cv-00430-RGA, Judge Richard G. Andrews.

---

**ON MOTION**

---

## O R D E R

Regeneron Pharmaceuticals, Inc. and Ocular Therapeutix, Inc. submit a motion for leave to file a brief *amici curiae* in support of the appellants.

Upon consideration thereof,

2 SALIX PHARMACEUTICALS, LTD. v. NORWICH PHARMACEUTICALS INC.

IT IS ORDERED THAT:

Any opposition to the motion shall be filed no later than seven days from the date of issuance of this order. Any reply is due no later than three days from the date of filing of the response.

FOR THE COURT

July 31, 2023
Date

/s/ Jarrett B. Perlow
Jarrett B. Perlow
Clerk of Court