NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SALIX PHARMACEUTICALS, LTD., SALIX PHARMACEUTICALS, INC., BAUSCH HEALTH IRELAND LTD., ALFASIGMA S.P.A.,**
*Plaintiffs-Appellants*

v.

**NORWICH PHARMACEUTICALS INC.,**
*Defendant-Cross-Appellant*

---

2022-2153, 2023-1952

---

Appeals from the United States District Court for the District of Delaware in No. 1:20-cv-00430-RGA, Judge Richard G. Andrews.

---

**ON PETITION FOR PANEL REHEARING AND REHEARING EN BANC**

---

Before MOORE, *Chief Judge*, LOURIE, DYK, PROST, REYNA, TARANTO, CHEN, HUGHES, STOLL, and CUNNINGHAM, *Circuit Judges*.[1]

---

[1] Circuit Judge Newman and Circuit Judge Stark did not participate.

Per Curiam.

# ORDER

Salix Pharmaceuticals, Ltd., Salix Pharmaceuticals, Inc., Bausch Health Ireland Ltd., and Alfasigma S.p.A filed a combined petition for panel rehearing and rehearing en banc.

Norwich Pharmaceuticals Inc. also filed a combined petition for panel rehearing and rehearing en banc.

The petitions were referred as petitions to the panel that heard the appeal, and thereafter the petitions were referred to the circuit judges who are in regular active service.

Upon consideration thereof,

It Is Ordered That:

The petitions for panel rehearing are denied.

The petitions for rehearing en banc are denied.

The mandate of the court will issue June 20, 2024.

For the Court

June 13, 2024
Date

Jarrett B. Perlow
Clerk of Court